620

*Kaspir* for respondents.

No. 378. COGGIN, TRUSTEE IN BANKRUPTCY, *v.* HARTFORD ACCIDENT & INDEMNITY Co. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Charles Lee Coggin* for petitioner. *Mr. Robert Ruark* for respondent.

No. 380. MORTON *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lewis H. Barnes* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Morton K. Rothschild* for respondent.

No. 383. MISSOURI PACIFIC R. Co. *v.* BARTLETT. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. William L. Curtis* and *Thomas B. Pryor* for petitioner. *Messrs. Joseph M. Hill* and *Henry L. Fitzhugh* for respondent.

No. 384. BEERS *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Bernhard Knollenberg* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Joseph M. Jones* for respondent.